

**GOTLIB & BYK, PLLC**
Attorneys and Counselors At Law
*Experienced. Driven. Effective.*



info@gblegalnyc.com
phone: 718-360-4777
fax: 718-228-7938
www.gblegalnyc.com

Via certified mail, R.R.R. 7017 3380 0000 3273 2521

March 13, 2018

United States Bankruptcy Court
Southern District of Florida
C. Clyde Atkins United States Courthouse
301 North Miami Avenue, Room 150
Miami, Florida 33128

Re: **NOTICE TO WITHDRAW PROOF OF CLAIM**
Debtor: Jean-Claude Zenni
Case No. 18-11928
Claim No. : 3
Creditor: IMS Fund, LLC/Imperial Advance LLC

Dear Sir or Madam:

This office represents a creditor in the above matter.

On March 12, 2013 this office had filed a Proof of Claim form in this matter.

However, the Proof of Claim contained a clerical error (debtor's name was incorrectly placed in the box for the creditor's name).

We hereby are withdrawing the incorrect Proof of Claim Form (claim no. 3).

We will be submitting a new Proof of Claim Form for filing.

Gotlib & Byk, PLLC

Michael Byk, Esq.

247 W 36th Street, Suite 2, New York, NY 10018   |   1713 Sheepshead Bay Road, Brooklyn, NY 11235   |   1272 Richmond Road,, Staten Island, NY 10304